Brown Law Office
David L. Brown, Esq., ISB# 7430
PO Box 790
Rigby, ID 83442
(208) 522-6461 Telephone
(866) 651-5836 Facsimile
attorneydavidbrown@gmail.com: Email
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | |
| ) | |
| POWELL, RUSSELL O. ) | Case No: 09 - 41833 |
| POWELL, BILLIERAE H. ) | |
| ) | Chapter 13 |
| ) | |
| ) | MOTION TO MODIFY PLAN |
| Debtors. ) | AND NOTICE |
| ) | |
| _____ ) | |

**NOTICE OF MOTION TO MODIFY PLAN AND OPPORTUNITY TO OBJECT AND SET FOR HEARING**

No Objection. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within __**21**__ (twenty one) days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

Hearing on Objection. The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

MOTION TO MODIFY PLAN AND NOTICE                                                                                     1

COMES NOW, the Debtors, Russell O. Powell and BillieRae H. Powell, by and through their attorney of record, David L. Brown, of Brown Law Office, and hereby move the Court for an order modifying their chapter 13 plan in the above entitled matter, as follows:

1. Debtors' confirmed plan requires plan payments in the amount of $2,100.00 per month until all unsecured creditors receive 100% of their allowed claims.
2. Debtors' income has decreased, as per the amended schedule I being filed herewith.
3. Debtors' reasonable and necessary monthly living expenses have increased, as per the amended schedule J being filed herewith.
4. Debtors request that their monthly plan payment be modified to $1,500.00 until all unsecured creditors receive 100% of their allowed claims or until the completion of sixty (60) months.
5. In addition to the modified plan payment, debtors shall cure the current plan payment arrears in the amount of $5,973 in equal monthly installments over the remainder of the plan for a new combined total monthly plan payment of $1714 for the remainder of the plan.
6. This modified plan payment shall begin with the August, 2012 payment.

Dated this 13th day of July, 2012.

_____
David L. Brown
Attorney for Debtors

MOTION TO MODIFY PLAN AND NOTICE                                                                                              2

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on July 13, 2012, I filed the foregoing document with the Court using the CM/ECF system which sent a notice of electronic filing to the following parties:

Kathleen McCallister, Trustee
kammcallister@qwestoffice.com

US Trustee
Ustp.region18bs.ecf@usdoj.gov

And, I hereby certify that I have mailed by United States Postal Service the same document to the following non-CM/ECF registered parties:

Russell & BillieRae Powell
104 North 3700 East
Rigby, Idaho 83442

***SEE ATTACHED MAILING MATRIX

_____
Legal Assistant